IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BRUCE STUART BOONE, SR., | : | Case No. 24-60405 |
| MEREDITH BOONE, | : | |
|     Debtors / Defendants. | : | |
| | : | Adv. P. No. 25-06005 |

_____

**MOTION FOR ADMISSION *PRO HAC VICE*
Of WILLIAM C. JOHNSON**

Pursuant to Local Bankruptcy Rule 2090-1(e)(2) of this Court, Carl Crews ("Movant") and a member in good standing of this Court, moves for the admission of William C. Johnson ("Admittee"), to appear *pro hac vice* in the above captioned proceeding. Movant and the proposed admittee respectfully certify as follows:

1. The proposed Admittee is not a member of the bar of the Commonwealth of Virginia, nor does he maintain a law office in the Western District of Virginia.

2. The proposed Admittee is a member in good standing of the bar of the State of Marland.

3 During the twelve (12) months immediately preceding the filing of this Motion, the proposed Admittee has been admitted *pro hac vice* in this Court in the case of <u>WHITE OAK COMMERCIAL FINANCE, LLC v. BRUCE STUART BOONE, SR and MEREDITH BOONE</u>., Case No. 24-60405 Adv. P. No. 24-06030.

1. The proposed Admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

2. The proposed Admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence and understands that he shall be

subject to the disciplinary jurisdiction of this Court.

3. Co-counsel for the proposed Admittee in this proceeding will be the undersigned, who has been formally admitted to the bar of the United States Bankruptcy Court for the Western District of Virginia.

4. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the United States Bankruptcy Court for the Western District of Virginia.

5. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

A proposed order is attached as Exhibit A to this Motion.

Respectfully submitted,

| Movant: | Proposed Admittee: |
|---|---|
| Signature: /s/ Carl Crews | Signature: /s/ William C. Johnson |
| Carl Crews, Esquire (VSB # 42691)<br>C. Lowell Crews, Attorney at Law, PLLC<br>2776 S. Arlington Mill Drive, Suite 186<br>Arlington, Virginia 22206<br>Telephone: (703) 542-4473; Facsimile: (703) 997-8735<br>Email: legal@attorneycarlcrews.com | Willam C. Johnson, Jr<br>The Johnson Law Group, LLC<br>6305 Ivy Lane, Suite 630<br>Greenbelt, Maryland 20770<br>Telephone: (301) 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<br>Facsimile (301) 477-5813<br>William@johnsonlg.law |